

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2022

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Court Judge
Second Circuit Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Williams Scott & Associates, LLC et al.*, 14 Cr. 784 (RJS)

Dear Judge Sullivan:

  The Government respectfully submits this letter to seek an adjournment of the March 31, 2022 deadline set in the Court's Order of March 24, 2022 (Dkt. No. 292), directing the Government to "file a letter advising the Court of the efforts, if any, it has undertaken to collect on the restitution and forfeiture orders, and how it plans to collect the unpaid balance from Supervisee and the coconspirators with whom he is jointly and severally liable." The Assistant United States Attorney assigned to handle this matter is currently out of the office on extended medical leave, and is due to return to work on or about Monday, April 4, 2022. In order to permit the assigned AUSA to investigate and file a responsive letter regarding the issues outlined above, the Government respectfully requests a two-week adjournment of the deadline until Thursday, April 14, 2022.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

      By: _____
         Christopher J. DiMase
         Chief, Complex Frauds and Cybercrime Unit
         U.S Attorney's Office, Southern District of New York
         (212) 637-2433

```
The government's request for an adjournment is GRANTED. IT IS HEREBY
ORDERED THAT the government shall file a letter updating the Court regarding its
efforts and plans to collect on the restitution and forfeiture orders no
later than Thursday, April 14, 2022. IT IS FURTHER ORDERED THAT, if Supervisee
wishes to file a response to the government's submission, he shall do so
by Thursday, April 28, 2022.
```

SO ORDERED: _____
Dated: 03/31/22 RICHARD J. SULLIVAN
      U.S.C.J., Sitting by Designation